STATE OF MONTANA,

        Plaintiff,                                    NO. 5626

    vs.                                           DECISION

RORY RAYMOND JOHNS,

        Defendant.

On March 31, 1981, the Defendant was sentenced to a term of seventy (70) years in Montana State Prison for the offense of Deliberate Homicide, a felony. The defendant shall be designated a dangerous offender for the purposes of parole. The defendant shall not be eligible for furlough program. Credit is given for 36 days time served in the Missoula County Jail.

On August 18, 1994, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence remain the same as originally imposed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the

reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

Done in open Court this 18th day of August, 1994.

SIGNED this 17th day of October, 1994.

**Hon. G. Todd Baugh, Chairman, Hon. John Warner and Hon. Ed McLean, Members.**

The Sentence Review Board wishes to thank Rory Johns for representing himself in this matter.